United States District Court
District of Massachusetts

| | |
|---|---|
| **United States of America,** ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 16-10252-NMG-2 |
| **Ratanack Oung,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**GORTON, J.**

On February 21, 2017, attorney John L. Calcagni, III ("Calcagni"), counsel for defendant Ratanack Oung, filed a motion to withdraw his appearance for the defendant. At a hearing held on March 22, 2017, attorney Calcagni orally moved, in the alternative, to be appointed to represent defendant under the Criminal Justice Act. The parties agreed that exceptional circumstances exist in this case to warrant such an appointment under the Criminal Justice Act of 1964, 18 U.S.C. § 3006A.

Therefore, the subject motions of John L. Calcagni, III are resolved as follows:

1) Attorney Calcagni's motion to withdraw his appearance (Docket No. 47) is **DENIED**; and

2) Attorney Calcagni's oral motion for appointment under the Criminal Justice Act is **ALLOWED.**

Pursuant to Section 5 of the District of Massachusetts General Order 15-2, implementing the Criminal Justice Act of

-1-

1964, 18 U.S.C. § 3006A, the Court hereby appoints John L. Calcagni, III "in order to serve the interests of justice, judicial economy [and] continuity in representation". General Order 15-2, § 5, at 8 (Nov. 1, 2015).

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated March 23, 2017